*Interboro Mgt. Co. v State Div. of Human Rights*, 139 AD2d 697, 698 [1988]). We note that it appears from the parties' submissions to this Court that petitioners have made such an application and that respondent's determination thereon is currently pending. In the event that respondent denies the application, petitioners may commence a new CPLR article 78 proceeding to challenge that denial (*see generally Matter of Yarbough v Franco*, 95 NY2d 342, 347 [2000]; *Matter of Tony's Towing Serv., Inc. v Swarts*, 109 AD3d 475, 476 [2013]). At this stage of the litigation, however, the petition must be dismissed (*see Matsos Contr. Corp.*, 80 AD3d at 925-926; *see also Brisbon*, 133 AD3d at 747; *Matter of Brooks v New York City Hous. Auth.*, 58 AD3d 836, 837-838 [2009]). Present—Centra, J.P., Peradotto, NeMoyer, Troutman and Winslow, JJ.

 JAMIE L. CAMPBELL, Appellant, v DENNIS GABRYSZAK et al., Respondents. (Appeal No. 1.) [60 NYS3d 876]—Appeal from an order of the Supreme Court, Erie County (Shirley Troutman, J.), entered December 23, 2015. The order, inter alia, granted the motions of defendants Sheldon Silver, the New York State Assembly, and the State of New York to dismiss the amended complaint against them, denied that part of the motion of defendant Dennis Gabryszak to dismiss the amended complaint against him with respect to the first and fourth causes of action, and sua sponte dismissed the amended complaint against defendant Adam Locher.

It is hereby ordered that said appeal from so much of the order as sua sponte dismissed the amended complaint against defendant Adam Locher is unanimously dismissed (*see Mohler v Nardone*, 53 AD3d 600, 600 [2008]; *see generally Sholes v Meagher*, 100 NY2d 333, 335 [2003]), and the order is affirmed without costs for reasons stated in the decision at Supreme Court (2015 NY Slip Op 52037[U]). Present—Smith, J.P., Peradotto, Lindley, DeJoseph and Winslow, JJ.

 KRISTY L. MAZUREK, Appellant, v DENNIS GABRYSZAK et al., Respondents. (Appeal No. 2.) [60 NYS3d 904]—Appeal from an order of the Supreme Court, Erie County (Shirley Troutman, J.), entered December 23, 2015. The order granted the motions of defendants Dennis Gabryszak, Sheldon Silver, the New York State Assembly and the State of New York to dismiss the amended complaint against them, sua sponte dismissed the amended complaint against defendant Adam Locher and denied the motion of plaintiff for leave to further amend the amended complaint.

It is hereby ordered that said appeal from so much of the or-

der as sua sponte dismissed the amended complaint against defendant Adam Locher is unanimously dismissed (*see Mohler v Nardone*, 53 AD3d 600, 600 [2008]; *see generally Sholes v Meagher*, 100 NY2d 333, 335 [2003]), and the order is affirmed without costs for reasons stated in the decision at Supreme Court (2015 NY Slip Op 52039[U]). Present—Smith, J.P., Peradotto, Lindley, DeJoseph and Winslow, JJ.

◼ KIMBERLY SNICKLES, Appellant, v DENNIS GABRYSZAK et al., Respondents. (Appeal No. 3.) [60 NYS3d 904]—Appeal from an order of the Supreme Court, Erie County (Shirley Troutman, J.), entered December 23, 2015. The order, inter alia, granted the motions of defendants Sheldon Silver, the New York State Assembly, and the State of New York to dismiss the amended complaint against them, denied that part of the motion of defendant Dennis Gabryszak to dismiss the amended complaint against him with respect to the first and fourth causes of action, and sua sponte dismissed the amended complaint against defendant Adam Locher.

It is hereby ordered that said appeal from so much of the order as sua sponte dismissed the amended complaint against defendant Adam Locher is unanimously dismissed (*see Mohler v Nardone*, 53 AD3d 600, 600 [2008]; *see generally Sholes v Meagher*, 100 NY2d 333, 335 [2003]), and the order is affirmed without costs for reasons stated in the decision at Supreme Court (2015 NY Slip Op 52040[U]). Present—Smith, J.P., Peradotto, Lindley, DeJoseph and Winslow, JJ.

◼ EMILY C. TRIMPER, Appellant, v DENNIS GABRYSZAK et al., Respondents. (Appeal No. 4.) [60 NYS3d 876]—Appeal from an order of the Supreme Court, Erie County (Shirley Troutman, J.), entered December 23, 2015. The order granted the motions of defendants Dennis Gabryszak, Sheldon Silver, the New York State Assembly and the State of New York to dismiss the amended complaint against them, sua sponte dismissed the amended complaint against defendant Adam Locher and denied the motion of plaintiff for leave to further amend the amended complaint.

It is hereby ordered that said appeal from so much of the order as sua sponte dismissed the amended complaint against defendant Adam Locher is unanimously dismissed (*see Mohler v Nardone*, 53 AD3d 600, 600 [2008]; *see generally Sholes v Meagher*, 100 NY2d 333, 335 [2003]), and the order is affirmed without costs for reasons stated in the decision at Supreme Court (2015 NY Slip Op 52042[U]). Present—Smith, J.P., Peradotto, Lindley, DeJoseph and Winslow, JJ.